United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **TAMARA SHERMAN,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 4:25-CV-03327** |
| § | |
| **SPRING OAKS CAPITAL LLC,** *et* § | |
| § | |
| *al.*, § | |
| § | |
| **Defendants.** | |

## ORDER

Before the Court is pro se Plaintiff Tamara Sherman's Motion for Leave to File Electronically. ECF No. 6. The Motion is **DENIED**. Plaintiff is directed to refer to the Guidelines for Litigants Without Lawyers.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 22, 2025.

_____
Keith P. Ellison
United States District Judge