United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TAMARA SHERMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-03327** |
| | § | |
| **SPRING OAKS CAPITAL, LLC et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff has filed a Notice of Withdrawal of Motion. ECF No. 26. Accordingly, Plaintiff's Motion o Strike Certain Affirmative Defenses (ECF No. 16) and Amended Motion to Deem Certain Allegation Admitted (ECF No. 19) are **WITHDRAWN**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 29th day of September, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE