United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| **TAMARA SHERMAN,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **SPRING OAKS CAPITAL LLC** | § | **Civil Action No. 4:25-CV-03327** |
| **SPRING OAKS CAPITAL SPV LLC** | § | |
| **Defendants,** | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

The Court has considered Plaintiff's Motion for Leave to File Under Seal and finds that it should be granted.

**IT IS ORDERED:**

1. Leave is granted under Fed. R. Civ. P. 5.2(d) to file the identified motion and limited supporting materials under seal

2. The Clerk is directed to maintain the sealed materials under restricted access until further order of the Court

3. If the Court later determines that a redacted version of the sealed materials should be filed for the public record, Plaintiff shall submit such a version as directed;

4. Plaintiff is directed to file the sealed motion and supporting materials in accordance with this Order and shall promptly notify the Court that the filing has been made under seal;

SIGNED on this 20th day of ___November___, 2025.

_Keith P. Ellison_
Hon. Keith P. Ellison

United States District Judge