United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Tamara Sherman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-3327 |
| | § | |
| Spring Oaks Capital LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER REFERRING DISCOVERY MATTER TO MAGISTRATE JUDGE</u>

Defendant has submitted a letter to the Court seeking permission to move for a protective order to limit the scope of discovery. *See* Doc. 69. Plaintiff has submitted a responsive letter opposing the filing. The discovery dispute is referred to Magistrate Judge Christina A. Bryan. She is also given the authority to modify deadlines and adjust this Court's scheduling order as necessary to accommodate the dispute.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 28th of May, 2026.

_____
Nicholas J. Ganjei
United States District Judge