**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| TAMARA SHERMAN, | § | |
| Plaintiff, | § | |
| v. | § | |
| SPRING OAKS CAPITAL LLC | § | Civil Action No. 4:25-CV-03327 |
| SPRING OAKS CAPITAL SPV LLC | § | |
| Defendants, | § | |

## DECLARATION OF TAMARA SHERMAN

I, Tamara Sherman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My mailing address on file with this Court at 4110 Almeda Road #8193, Houston, Texas 77288 is true and correct. The address corresponds to P.O. Box 8193, reflected in my informed delivery dashboard, at the United States Post Office located at 4110 Almeda Road, Houston, Texas 77288-8193. United States Post Office allows box holders to utilize the street address where the Post Office is located as an add on feature.

2. I am enrolled in the United States Postal Service Informed Delivery program, which provides an online dashboard and digital notifications of mail pieces processed for delivery to my address.

1

3. As of June 2, 2026, my Informed Delivery dashboard reflects zero mail pieces and zero packages scheduled for delivery. A true and correct copy of my Informed Delivery dashboard, last updated June 2, 2026, at 10:36 AM CST.

4. My Informed Delivery records do not reflect any mail piece from Defendants, defense counsel, or Bassford Remele processed for delivery to my address at any point following May 20, 2026.

Executed on June 2, 2026 in Houston, Texas.

**/s/ Tamara Sherman**
Tamara Sherman, Pro Se
4110 Almeda Road #8193
Houston Texas 77288
Email: tl.sherman.mba@gmail.com
Phone: (281) 223 2408

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing Declaration was served upon SPRING OAKS CAPITAL LLC and SPRING OAKS CAPITAL SPV LLC counsels of record, Michael S. Poncin and Kimberly Dang of Bassford Remele, 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402. email to their joint counsels of record at kdang@bassford.com and mponcin@bassford.com.

**/s/ Tamara Sherman**
Tamara Sherman, Pro Se
4110 Almeda Road #8193
Houston Texas 77288
Email: tl.sherman.mba@gmail.com
Phone: (281) 223 2408