# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 0 2 2026

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| TAMARA SHERMAN, | § | |
| Plaintiff, | § | |
| v. | § | |
| SPRING OAKS CAPITAL LLC | § | Civil Action No. 4:25-CV-03327 |
| SPRING OAKS CAPITAL SPV LLC | § | |
| Defendants, | § | |

## PLAINTIFF'S NOTICE REGARDING DISCOVERY DEADLINES

Plaintiff Tamara Sherman respectfully submits this Notice to inform the Court of the following facts:

1.    On April 24, 2026, Plaintiff served Defendants by agreed email service with her Eighth, Ninth, Tenth, Eleventh, and Twelfth Sets of Requests for Admission, Second Set of Interrogatories, and Second Set of Requests for Production and Defense counsel acknowledged receipt.

2.    Defendants' response deadline was May 26, 2026. The original due date of May 24, 2026, rolled forward to May 26, 2026, pursuant to the Federal Rules of Civil Procedure because May 24 fell on a weekend and May 25 was the Memorial Day federal holiday.

3.    The parties had previously agreed to extend Defendants' deadline to respond to Plaintiff's earlier discovery requests until May 20, 2026. No request or agreement to extend the deadline for the May 24th discovery was made.

1

4. Defense counsel initiated a discovery dispute by filing a letter motion with the Court. That matter has been referred to Magistrate Judge Christina Bryan for resolution. No order staying discovery, extending response deadlines, or otherwise altering Defendants' obligations has been entered. The pendency of that dispute did not absolve Defendants or their counsel of their independent obligation to respond to the April 24, 2026, discovery requests. Discovery closed on June 1, 2026, pursuant to the controlling scheduling order on file with the Court.

5. Defendants did not serve responses by May 20, 2026. As the court is already aware they served a certificate of service with no documents on May 21, 2026. Defendants did not serve responses by May 26, 2026. As of the date of this filing, Plaintiff has not received Defendants' responses to the discovery requests due May 20, 2026. Plaintiff has likewise not received Defendants' responses due May 26, 2026.

6. On May 27, 2026, Plaintiff contacted defense counsel regarding the missed deadline and requested verifiable proof of mailing. Defense counsel responded that the discovery responses had been mailed by first-class United States mail and cited Federal Rule of Civil Procedure 5(b)(2)(C). Defense counsel provided no tracking number, postal receipt, or other verifiable proof of mailing, and further stated: 'We cannot account for the USPS and its records, nor for its delivery time.

7. Plaintiff is enrolled in the United States Postal Service Informed Delivery program. Informed Delivery provides digital notification of mail pieces processed

for delivery to Plaintiff's post office box and maintains an online dashboard reflecting incoming mail processed through the USPS system.

8. As of June 2, 2026, Plaintiff's Informed Delivery records do not reflect any mail piece from Defendants, defense counsel, or Bassford Remele processed for delivery to Plaintiff's address. A true and correct copy of Plaintiff's Informed Delivery records is attached as Exhibit A along with a sworn declaration.

9. On May 27, 2026, in reasonableness positioning, Defense counsel offered to provide responses via file sharing. Plaintiff declined. An offer to transmit discovery responses through an alternative method after both applicable deadlines have passed does not constitute timely service and does not obligate Plaintiff to accept late production in any form.

Plaintiff submits this Notice solely to place these facts before the Court and reserves all rights and remedies arising from Defendants' failure to serve responses by the applicable deadlines.

Respectfully submitted,

**/s/ Tamara Sherman**
Tamara Sherman, Pro Se
4110 Almeda Road #8193
Houston Texas 77288
Email: tl.sherman.mba@gmail.com
Phone: (281) 223 2408

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a true and correct copy of the foregoing Notice was served upon SPRING OAKS CAPITAL LLC and SPRING OAKS CAPITAL SPV LLC counsels of record, Michael S. Poncin and Kimberly Dang of Bassford Remele, 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402. email to their joint counsels of record at kdang@bassford.com and mponcin@bassford.com.

**/s/ Tamara Sherman**
Tamara Sherman, Pro Se
4110 Almeda Road #8193
Houston Texas 77288
Email: tl.sherman.mba@gmail.com
Phone: (281) 223 2408

# Exhibit A

Welcome to Informed Delivery®

Hi, Tamara.

# Welcome to Informed Delivery®

Hi, Tamara. You have mail and packages arriving soon.

**FAQs**

**Settings**

Arriving soon at **PO BOX 8193, HOUSTON, TX 77288-8193**



**0** Mailpieces

**0** Packages

## You currently have no scheduled deliveries.

It appears you have no packages being shipped to the address you provided during registration. Please continue to check back for updates or you can enter USPS Tracking® numbers into the box above labeled Add a New USPS Tracking® Number(s) to add packages to the dashboard.

Last Updated Jun 02, 10:36 AM CST

↻Reload



Feedback

Get Online Assistance
**Chat Now!**