# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| TAMARA SHERMAN, | § | |
| Plaintiff, | § | |
| v. | § | |
| SPRING OAKS CAPITAL LLC | § | Civil Action No. 4:25-CV-03327 |
| SPRING OAKS CAPITAL SPV LLC | § | |
| Defendants, | § | |

## (PROPOSED) ORDER

Pending before the Court is PLAINTIFF'S OBJECTIONS PURSUANT TO FRCP 72(a) TO MAGISTRATE JUDGE'S ORDER (ECF 76) AND MOTION TO VACATE OR MODIFY (Doc. No.78). After reviewing the Motion, the Exhibits, the Responses, the record and the applicable law, the Court is of the opinion that it should be GRANTED

It is **SO ORDERED that**

1. Plaintiff's objections are preserved.

2. The magistrate judges order at ECF 76 is vacated in its entirety.

3. Plaintiff's previously served discovery requests are restored without the numerical limitations and restrictions, and Plaintiff shall promptly execute new service.

4. Upon execution of new service the Defendants are to answer Plaintiffs discovery as it was served and in accordance with the Federal Rules of Civil Procedure and Section 11(d) of this Court's procedures.

5. Any future depositions and their scheduling shall proceed through the ordinary discovery process in accordance with the Federal Rules of Civil Procedure and Section 12 of this Courts procedures.

6. The issue related to Federal Rule of Civil Procedure 36(a)(3) and its consequences of shall be addressed in a hearing.

7. The parties are ORDERED to appear for a hearing before this Court to address the issue related to Federal Rule of Civil Procedure 36(a)(3) and it's consequences.

Signed this ___ of _____, 20__.

_____
Nicholas J. Ganjei
United States District Judge