United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Tamara Sherman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-3327 |
| | § | |
| Spring Oaks Capital LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

All non-dispositive matters in this case are hereby referred to United States Magistrate Judge Christina A. Bryan for determination. *See* 28 U.S.C. § 636(B)(1)(a). All dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Christina A. Bryan for Report and Recommendations. *See* 28 U.S.C. § 636(B)(1)(b). All trial deadlines before this Court shall remain in effect.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 22nd of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge